1
2
3
4
5
6           UNITED STATES DISTRICT COURT
7           CENTRAL DISTRICT OF CALIFORNIA
8                WESTERN DIVISION
9

10  MARGARET ANN MASCORRO,        )    No. EDCV 08-6  FFM
                                  )
11              Plaintiff,        )
                                  )    JUDGMENT
12          v.                    )
                                  )
13  MICHAEL J. ASTRUE, Commissioner )
    of Social Security Administration, )
14                                )
                                  )
              Defendant.          )
15  _____)

16      In accordance with the Memorandum Decision and Order filed concurrently

17  herewith,

18      IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner

19  of Social Security Administration, is affirmed and this action is dismissed with prejudice.

20
21
22  DATED:  September 29, 2009              /S/ FREDERICK F. MUMM
                                           FREDERICK F. MUMM
23                                         United States Magistrate Judge
24
25
26
27
28